IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LONNIE LYNN MILLER                                                                                    PLAINTIFF

v.                     Civil No. 6:16-CV-06046-PKH-BAB

WARDEN BROWN (Omega TVC); J.                                                                  DEFENDANTS
WILLIAMS (Maintenance Supervisor); LT.
PERKINS; JOHN DOE OFFICERS,
AGENTS, POLICY MAKERS, OR
SUPERVISORS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 17th day of February, 2017.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE